# Commonwealth *v.* Ellis, Appellant (No. 2).

OPINION BY RICE, P. J., March 3, 1911:

This appellant was a codefendant with George W. Ellis, in whose appeal we herewith file an opinion. The questions raised on this appeal are identical with those raised on that, and for the reasons there given.

The judgment is affirmed.